IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OLGA PSHEVLOVZKY,

      Plaintiff,                      No. 2:12-cv-0667 JAM GGH PS

  vs.

BANK OF AMERICA, N.A.

                                      ORDER

      Defendant.

_____/

        Presently pending on this court's law and motion calendar for June 7, 2012, is defendant's motion to dismiss, filed April 9, 2012. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The June 7, 2012 hearing on the motion to dismiss, filed April 9, 2012, is vacated; and

        2. The motion is submitted on the record.

DATED: May 30, 2012

                                                  /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

GGH:076/pshev0667.vac.wpd